# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

NORTHWEST ADMINISTRATORS, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CV 08 4143 JSW

V.
PENSKE TRUCK LEASING COMPANY, LP
a Limited Partnership; PENSKE
TRUCK LEASING CORPORATION, a
corporation

TO: (Name and address of defendant)
Penske Truck Leasing Co. LP.
P.O. Box 1393
Reading, PA  19603-1393

Penske Truck Leasing Co. LP.
Route 10 AND Pheasant Road
Reading, PA  19607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  AUG 2 9 2008

Helen L. Almacen
(BY) DEPUTY CLERK